412 So.2d 87 (1982)
INGRAM OIL COMPANY, a Division of Ingram Oil Corporation
v.
ST. JOHN THE BAPTIST PARISH SCHOOL BOARD; Felix N. LeBouef; Fernard A. Becnel; Maurice Entremont; Harry Robottom; Charles M. Duhon; Stanley H. Gring; Gary Keating; Charles J. Watsins; Alvin M. Perret and Francis X. Champagne.
NORTHEAST PETROLEUM CORPORATION
v.
ST. JOHN THE BAPTIST PARISH SCHOOL BOARD.
No. 82-C-0103.
Supreme Court of Louisiana.
February 19, 1982.
Denied.
CALOGERO, J., would grant the writ.